# EXHIBIT A

| Doe | Host IPAddress | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 1 | 216.160.138.224 | 03/06/2013 12:38:40 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 2 | 71.208.0.47 | 03/07/2013 10:12:17 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 3 | 184.96.209.133 | 03/08/2013 03:33:09 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 4 | 65.128.16.146 | 03/08/2013 04:58:04 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 5 | 97.122.146.190 | 03/08/2013 02:55:54 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 6 | 97.118.138.96 | 03/08/2013 05:00:14 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 7 | 75.173.253.147 | 03/08/2013 06:01:41 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 8 | 97.122.147.105 | 03/09/2013 09:17:48 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 9 | 184.99.248.243 | 03/09/2013 09:52:15 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 10 | 174.16.165.99 | 03/09/2013 11:19:31 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 11 | 184.96.197.172 | 03/10/2013 01:35:48 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 12 | 71.221.104.143 | 03/10/2013 04:36:35 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 13 | 97.122.148.192 | 03/10/2013 04:42:59 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 14 | 65.102.242.59 | 03/10/2013 11:06:11 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 15 | 71.212.131.59 | 03/11/2013 06:34:21 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 16 | 97.122.145.194 | 03/12/2013 06:01:08 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 17 | 70.57.169.178 | 03/12/2013 05:55:15 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |