IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02078-WYD-MEH

**JURY TRIAL DEMANDED**

PURZEL VIDEO GMBH,

    Plaintiff,

v.

DOES 1-17,

    Defendants.

---

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

    Plaintiff hereby files this Notice of Dismissal of Defendant Doe Number 6. This Notice of Dismissal is specific to the Defendant identified herein and does not apply to any Defendants other than the Defendant listed herein. The Doe Defendant has filed neither an answer to the compliant nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal 11 Defendants will remain in this action.

    Plaintiff hereby dismisses Defendant Doe 6 **with prejudice.**

Dated: December 13, 2013

Respectfully submitted,
PLAINTIFF REFX AUDIO SOFTWARE, INC.,

By its attorneys,
SIMMONS BROWDER GIANARIS
  ANGELIDES & BARNERD LLC

By: /s/ Paul A. Lesko
Paul A. Lesko
One Court Street
Alton, IL 62002
Phone: 618.259.2222
Fax: 618.259.2351
plesko@simmonsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

/s/ Paul A. Lesko
Paul A. Lesko – Simmons Browder Gianaris
Angelides & Barnerd, LLC